UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

KEITH GREENE,

Defendant.

Cr. No. 1:24CR13JJM-LDA

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (False Statement During Purchase of a Firearm)

On or about January 30, 2023, in the District of Rhode Island, the defendant

**KEITH GREENE,**

in connection with the acquisition of a firearm, a Glock 19 9x19mm pistol, from Flint Armament, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Flint Armament, which statement was intended and likely to deceive Flint Armament, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWO
### (False Statement During Purchase of a Firearm)

On or about February 2, 2023, in the District of Rhode Island, the defendant

**KEITH GREENE,**

in connection with the acquisition of a firearm, a FN PS90 5.7x28mm rifle, from D&L

Shooting Supplies, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to D&L Shooting Supplies, Inc., which statement was intended and likely to deceive D&L Shooting Supplies, Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT THREE
### (False Statement During Purchase of a Firearm)

On or about February 11, 2023, in the District of Rhode Island, the defendant

### KEITH GREENE,

in connection with the acquisition of a firearm, a Heckler and Koch VP9L 9x19mm pistol, from D&L Shooting Supplies, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to D&L Shooting Supplies, Inc., which statement was intended and likely to deceive D&L Shooting Supplies, Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

███████████████████

Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

G. MICHAEL SEAMAN
Assistant U.S. Attorney

LEE VILKER
Assistant U.S. Attorney
Criminal Division Chief

Date: 2/21/2024

3